USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07

RECEIVED
DEC 27 2007
CHAMBERS OF
RICHARD M BERMAN
U.S.D.J.

DAVIS & GILBERT LLP
1740 BROADWAY
NEW YORK, NEW YORK 10019
(212) 468-4800

DIRECT DIAL NUMBER
(212) 468-4935
EMAIL ADDRESS
HROSENTHAL@DGLAW.COM

MAIN FACSIMILE
(212) 468-4888
PERSONAL FACSIMILE
(212) 974-7045

**MEMO ENDORSED**

December 27, 2007

**By Hand**
The Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

      Re:    *Godfrey v. Wunderman, et al.*, 07 Civ. 10686 (RMB)

Dear Judge Berman:

    This firm represents Defendants Wunderman Worldwide, LLC ("Wunderman") and Steve Zammarchi in the above-referenced matter. Pursuant to Your Honor's Individual Practices, I write to request an extension of time for Wunderman and Mr. Zammarchi to answer or otherwise respond to the Complaint to January 15, 2008. Currently, Wunderman's and Mr. Zammarchi's responses are due on December 31, 2007 and January 3, 2008, respectively. This is Wunderman's and Mr. Zammarchi's first request for an extension of time to respond to the Complaint, and Plaintiff has consented to our request.

                    Respectfully submitted,

                    Heath Rosenthal

                    Heath J. Rosenthal

c:    Robin M. Gnudi, Esq. (by facsimile)

---

APPLICATION GRANTED ON CONSENT.

RULE 16 CONFERENCE HAS BEEN RESCHEDULED FOR JAN. 9, 2008 AT 9:30 A.M.

SO ORDERED:
Date: 12/27/07
Richard M. Berman, U.S.D.J.