# LeClairRyan

A Virginia Professional corporation
70 East 55th Street
New York, NY 10022
(212) 446-5000
Attorneys for Plaintiff Warren Godfrey
David W. Phillips, Esq. (2099)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN GODFREY,<br><br>                              Plaintiff,<br><br>        -against-<br><br>WUNDERMAN, STEVE ZAMMARCHI,<br>and JOHN DOES AND JANE DOES (1-5),<br><br>                         Defendants. | Civil Action No. 07-cv-10686 (RMB)<br><br><br>NOTICE OF CHANGE OF FIRM NAME |

PLEASE TAKE NOTICE THAT Seiden Wayne LLC has changed its name to LeClairRyan. All future references to the firm in this matter should be to LeClairRyan. The firm's and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change. Lawyers email addresses now are designated as "firstname.lastname@leclairryan.com".

LeClairRyan

_____/s/_____

David W. Phillips, Esq.
70 East 55th Street
New York, New York 10022
212.446.5030

Date:   January 8, 2008

1068913-1