L~~e~~ClairR~~yan~~
A Vir~~gi~~nia Pro~~fe~~ssional corporation
70 East 5~~5~~th ~~S~~treet
New Yor~~k, N~~Y 10022
(212) 4~~4~~6-5000
Atto~~rn~~eys for Plai~~nt~~iff Warren Godfrey
D~~a~~vid W. Phillips, Es~~q~~. (2099)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARREN GODFREY,

                  Plaintiff,

-against-

WUNDERMAN, STEVE ZAMMARCHI,
and JOHN DOES AND JANE DOES (1-5),

                  Defendants.

Civil Action No. 07-cv-10686 (RMB)

CASE MANAGEMENT PLAN *Order*

    The following case management plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i).    Joinder of additional parties by <u>March 14, 2008</u>.

(ii).    Amend the pleadings by <u>March 14, 2008</u>.

(iii).    All discovery to be expeditiously completed by ~~August 1,~~ **May 9** 2008. *(Fact + Expert)*

(iv).    Consent to proceed before a Magistrate Judge: <u>no</u>.

(v).    Statues of settlement discussions: ~~Demand was requested and provided, but rejected.~~ *Ongoing.* ~~No~~

**May 12, 2008 @ 9:30 with pm upd**

1068885-1

~~current discussions~~.

**Sections vi through xi will be set at conference with the court.**

(vi).     Motions_____

(vii).    Oral argument_____

(viii).   Joint pre-trial order to be submitted by_____

(ix).     Final pretrial conference_____

(x).      Trial_____

(xi).     Other_____


**SO ORDERED**          New York, New York
                        **January 9, 2008**

_____
Hon, Richard M. Berman, U.S.D.J.

1068885-1