DAVIS & GILBERT LLP
Guy R. Cohen (gcohen@dglaw.com)
Heath J. Rosenthal (hrosenthal@dglaw.com)
1740 Broadway
New York, New York 10019
(212) 468-4800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN GODFREY,<br><br>                              Plaintiff,<br><br>  -against-<br><br>WUNDERMAN, STEVE ZAMMARCHI, and JOHN DOES AND JANE DOES (1-5),<br><br>                              Defendants. | 07-CV-10686 (RMB)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Local Civil Rules of the Southern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant certifies that Defendant Wunderman WorldWide, LLC, incorrectly named in the Complaint as Wunderman, is a Nevada Limited Liability Company that is not publicly traded, and is indirectly wholly owned by WPP Group, plc, a publicly held corporation.

Dated: New York, New York
        January 10, 2008

                                              DAVIS & GILBERT LLP

                              By: _____
                                    Guy R. Cohen (gcohen@dglaw.com)
                                    Heath J. Rosenthal (hrosenthal@dglaw.com)
                                    1740 Broadway
                                    New York, New York 10019
                                    (212) 468-4800