



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 5/14/08

May 14, 2008

**Via Facsimile**
Hon. Richard M. Berman
U. S. District Court, Southern District of N.Y.
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Warren Godfrey v. Wunderman and Steve Zammarchi
    Civil Action No. 07-cv-10686 (RMB)

Dear Judge Berman:

This firm is counsel to plaintiff Warren Godfrey in the above-captioned matter, which is scheduled for a settlement conference today.

In light of the fact that the parties are in the process of finalizing a settlement agreement, we are respectfully requesting that the settlement conference be adjourned to May 28, 2008. Counsel for defendants consents to this adjournment and proposed new date for the conference.

Thank you for your consideration in this regard.

Respectfully,

Robyn M. Gnudi

RMG/lo

cc: Guy R. Cohen, Esq.

Adjourned to 5/28/08 @ 9:00 A.M.

SO ORDERED
Date: 5/14/08
Richard M. Berman, U.S.D.J.

E-mail: robyn.gnudi@leclairryan.com
Direct Phone: 973.491.3373
Direct Fax: 973.491.3482

David C. Freinberg, Attorney in Charge, Newark office
LeClairRyan is a Virginia professional corporation

1200771-1

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM