DAVIS & GILBERT LLP
Guy R. Cohen (gcohen@dglaw.com)
Heath J. Rosenthal (hrosenthal@dglaw.com)
1740 Broadway
New York, New York 10019
(212) 468-4800
*Attorneys for Defendants Wunderman Worldwide, LLC and Steve Zammarchi*

LECLAIRRYAN
Robyn M. Gnudi (Robyn.Gnudi@leclairryan.com)
70 East 55th Street
New York, New York 10022
(212) 446-5000
*Attorneys for Plaintiff Warren Godfrey*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN GODFREY,<br><br>        Plaintiff,<br><br> -against-<br><br>WUNDERMAN, STEVE ZAMMARCHI, and JOHN DOES AND JANE DOES (1-5),<br><br>        Defendants. | 07-CV-10686 (RMB)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for Plaintiff Warren Godfrey and Defendants Wunderman Worldwide, LLC (incorrectly identified as Wunderman) and Steve Zammarchi, that the above-entitled action be, and the same hereby is, discontinued with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties to bear their own costs and attorneys' fees.

Dated:    New York, New York
          May 14, 2008

| LECLAIRRYAN | DAVIS & GILBERT LLP |
|---|---|
| By: _____ | By: _____ |
| Robyn M. Gnudi | Guy R. Cohen (gcohen@dglaw.com) |
| (Robyn.Gnudi@leclairryan.com) | 1740 Broadway |
| 70 East 55th Street | New York, New York 10019 |
| New York, New York 10022 | (212) 468-4800 |
| (212) 446-5000 | |
| | Attorneys for Defendants |
| Attorneys for Plaintiff | Wunderman Worldwide LLC and |
| Warren Godfrey | Steve Zammarchi |

SO ORDERED:

_____
Honorable Richard M. Berman
United States District Judge