DAVIS & GILBERT LLP
Guy R. Cohen (gcohen@dglaw.com)
Heath J. Rosenthal (hrosenthal@dglaw.com)
1740 Broadway
New York, New York 10019
(212) 468-4800
*Attorneys for Defendants Wunderman Worldwide, LLC and Steve Zammarchi*

LECLAIRRYAN
Robyn M. Gnudi (Robyn.Gnudi@leclairryan.com)
70 East 55th Street
New York, New York 10022
(212) 446-5000
*Attorneys for Plaintiff Warren Godfrey*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN GODFREY, <br><br> Plaintiff, <br><br> -against- <br><br> WUNDERMAN, STEVE ZAMMARCHI, and JOHN DOES AND JANE DOES (1-5), <br><br> Defendants. | 07-CV-10686 (RMB) <br><br> **STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for Plaintiff Warren Godfrey and Defendants Wunderman Worldwide, LLC (incorrectly identified as Wunderman) and Steve Zammarchi, that the above-entitled action be, and the same hereby is, discontinued with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties to bear their own costs and attorneys' fees.

**Clerk to close this case.**

Dated:  New York, New York
        May 14, 2008

LECLAIRRYAN

By: _____
    Robyn M. Gnudi
    (Robyn.Gnudi@leclairryan.com)
    70 East 55th Street
    New York, New York 10022
    (212) 446-5000

Attorneys for Plaintiff
Warren Godfrey

DAVIS & GILBERT LLP

By: _____
    Guy R. Cohen (gcohen@dglaw.com)
    1740 Broadway
    New York, New York 10019
    (212) 468-4800

Attorneys for Defendants
Wunderman Worldwide LLC and
Steve Zammarchi

SO ORDERED:

_RMB_____
Honorable Richard M. Berman
United States District Judge
5/21/08